UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAT-VAN, INC., LUMAN N. NEVELS, JR., and 1DB CORPORATE RETREAT, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>SHELDON GOOD & COMPANY AUCTIONS, LLC, SHELDON GOOD & COMPANY AUCTIONS, and DOES 1 - 30, Inclusive,<br><br>Defendants. | CASE NO. 07-CV-912IEG(BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

Pursuant to stipulation of the parties and Fed. R. Civ. P. 41(a)(1), IT IS HEREBY ORDERED that the entire action, and including all claims that were or could have been raised therein be, and hereby is DISMISSED WITH PREJUDICE. Each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

**DATED: January 20, 2009**

*[signature]*
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**

07-cv-912IEG(BLM)